# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

DAVID J. SMAT,

       Debtor.

Case No. 1:17-bk-24063
Chapter 7

---

MICHAEL COBURN,

       Plaintiff,

vs.

DAVID J. SMAT,

       Defendant.

Adv. Pro. No. 1:18-ap-00074

---

## MOTION TO DISMISS COMPLAINT TO DENY OR REVOKE DISCHARGE PURSUANT TO 11 U.S.C. § 727(e) WITHOUT PREJUDICE

Plaintiff Michael Coburn ("Plaintiff") moves this Court to dismiss the Complaint to Deny or Revoke Discharge Pursuant to 11 U.S.C. § 727(e) (the "Complaint") [D.E. 1] without prejudice, and states:

1. On March 2, 2018, Plaintiff filed the Complaint [D.E. 1].

2. On April 11, 2018, the Court held a status hearing [D.E. 2].

3. Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7041-1, Plaintiff moves this Court to dismiss the Complaint without prejudice.

4. No entity has promised, has given, or has received directly or indirectly any consideration to obtain or allow such dismissal.

5. Notice of this motion has been provided to Plaintiff, the Debtor's bankruptcy counsel, the Debtor's Trustee, the U.S. Trustee's Office, and counsel for Creditor GTT Communications, Inc. Plaintiff hereby requests to limit notice to these parties only.

6. Counsel for Plaintiff has conferred with Debtor David J. Smat's bankruptcy counsel, Ira Bodenstein, Esq., and Mr. Bodenstein consents to the relief requested in this Motion

WHEREFORE, for the reasons stated above, Plaintiff Michael Coburn requests that the Court enter an Order dismissing the Complaint without prejudice.

NELSON MULLINS RILEY
& SCARBOROUGH LLP

By: */s/ Mark L. Keenan*
Mark L. Keenan (IL Bar No. 6201419)
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6111 (direct)
(404) 322-6050 (fax)
mark.keenan@nelsonmullins.com

NELSON MULLINS RILEY
& SCARBOROUGH LLP
Daniel F. Blanks (*Admitted Pro Hac Vice*)
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
(904) 665-3656 (direct)
(904) 665-3699 (fax)
daniel.blanks@nelsonmullins.com

*Attorneys for Plaintiff Michael Coburn*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on April 26, 2018.  I also certify that the foregoing document is being served this day on the following by U.S. Mail or Email:

### VIA U.S. MAIL

David J. Smat
2036 W. Barry Avenue
Chicago, IL 60618

Alex D Moglia, Esq.
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173

Patrick S. Layng, Esq.
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

### VIA EMAIL

Ira Bodenstein, Esq.
Richard M. Fogel, Esq.
Shaw, Fishman, Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
ibodenstein@shawfishman.com
rfogel@shawfishman.com

Andrew D Arons, Esq.
Williams, Bax & Saltzman, P.C.
221 North LaSalle Street, Suite 3700
Chicago, IL 60601
arons@wbs-law.com

Darlene Nowak, Esq.
Marcus Shapira LLP
301 Grant Street, 35th Floor
Pittsburgh, PA 15219
nowakdm81@gmail.com

Terence G. Banich, Esq.
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
tbanich@shawfishman.com

                                                 */s/ Daniel F. Blanks*
                                                          Attorney

~#4835-4697-9171~